UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DARIAN SHAYNE DANIEL,<br><br>Plaintiff,<br><br>v.<br><br>IDAHO DEPARTMENT OF CORRECTIONS, an Idaho political subdivision; CORIZON, a foreign corporation; JANET MITCHELL, PA, an employee of Corizon; JOHN DOES 1 through 14 (Unnamed Correction Officers); and JOHN DOES 15 through 20 (Unnamed Corizon Medical Providers),<br><br>Defendants. | Case No. 1:17-cv-00409-BLW<br><br>ORDER |

**IT IS ORDERED:**

1. Defendant Idaho Department of Corrections Motion to Dismiss (Dkt. 9) is **GRANTED**.

2. Stipulation Dismissal With Prejudice of All of Plaintiff's Claims Against Defendant Idaho Department of Corrections (Dkt. 15) is **GRANTED**.



DATED: January 8, 2018

B. Lynn Winmill
Chief Judge
United States District Court